**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
   E-Mail: John.Barber@lewisbrisbois.com
JULIE W. O'DELL, SB# 291083
   E-Mail: Julie.ODell@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LAUREN E. WERTHEIMER, SB# 327900
   E-Mail: Lauren.Wertheimer@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants
UNITED SCHUTZHUND CLUBS OF AMERICA and
JIM ALLOWAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOLTAN NAGY,<br><br>        Plaintiffs,<br><br>   vs.<br><br>UNITED SCHUTZHUND CLUBS OF AMERICA; JIM ALLOWAY, and DOES 1 to 10,<br><br>        Defendants. | CASE NO. 3:19-cv-08459-MMZ<br><br>**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS**<br><br>Date:    August 28, 2020<br>Time:    9:00 a.m.<br>District<br>Judge:   Honorable Maxine M. Chesney<br>Courtroom: 7, 19th Floor<br><br>Action Filed: December 30. 2019 |

### NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on August 28, 2020 at 9:00 a.m. or as son thereafter as the matter may be heard in the courtroom of the Honorable Maxine M.

4835-4423-2899.1                                               Case No. 3:19-cv-08459-MMZ

NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS

Chesney, United States District Court, 450 Golden Gate Avenue, San Francisco, CA 94102, United Schutzhund Clubs of America and Jim Alloway (collectively, "Defendants") will move the court to dismiss Plaintiff's complaint for Insufficient Service of Process, pursuant to Federal Rule of Civil Procedure 12(b)(5).  This motion was originally noticed for hearing on August 7, 2020, and the matter was reassigned to this Court.  The motion has been fully briefed by the parties:

| | |
|---|---|
| Dkt. No. 19 | Notice of Motion and Motion to Dismiss Plaintiff's Complaint for Insufficient Service of Process; Declaration of Defendants In Support of Motion to Dismiss Plaintiff's Complaint for Insufficient Service; and [Proposed] Order In Support of Motion to Dismiss Plaintiff's Complaint for Insufficient Service |
| Dkt No. 21 | Stipulation with Proposed Order Modifying Briefing Schedule on Defendants' Motion to Dismiss |
| Dkt No. 22 | Stipulation and Order by Judge Charles R. Breyer: Granting 21 Stipulation |
| Dkt No. 23 | Opposition Response re Motion to Dismiss Plaintiff's Complaint for Insufficient Service of Process |
| Dkt No. 24 | Declaration In Support by David Poore Turner Re 23, Exhibits A through D |
| Dkt No. 25 | Declaration In Support by Christine Pauley re (23 Attachments Number 1- Exhibit A) |
| Dkt No. 26 | Defendants Reply to Motion to Dismiss Plaintiff's Complaint for Insufficient Service of Process |

DATED:  July 17, 2020

JOHN L. BARBER
JULIE W. O'DELL
LAUREN E. WERTHEIMER
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
LAUREN E. WERTHEIMER
Attorneys for Defendants UNITED SCHUTZHUND CLUBS OF AMERICA and JIM ALLOWAY